ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Edward A. BRINSKELE,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5015.

United States Court of Appeals,
Federal Circuit.

Oct. 18, 2010.

William E. Taggart, Jr., Taggart and Hawkins, of Oakland, CA, argued for plaintiff-appellant.

Ellen Page Delsole, Attorney, Tax Division, Appellate Section, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were John A. Dicicco, Acting Assistant Attorney General, and Teresa E. McLaughlin, Attorney.

NEWMAN, LOURIE, and BRYSON, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

BIOPOLYMER ENGINEERING, INC.
(Doing Business as Biothera),
Plaintiff–Appellant,

and

**Massachusetts Institute of
Technology, Plaintiff,**

v.

**IMMUNOCORP and Biotec Pharmacon
ASA, Defendants.**

No. 2010–1096.

United States Court of Appeals,
Federal Circuit.

Oct. 21, 2010.

